UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Case No. 25-cr-20800
      Hon. Matthew F. Leitman

NATHANIEL WILLIAMS,

      Defendant.

_____/

## ORDER ALLOWING ELECTRONIC STORAGE DEVICE INTO PLACE OF DETENTION

Upon Defendant's need to view electronic discovery material in the correctional facility housing defendant, and the Court being aware of the refusal of the correctional facility to allow an electronic storage device into their facility without a court order;

**IT IS HEREBY ORDERED** that the Federal Community Defender's electronic storage device containing electronic discovery material, be allowed into Defendant's place of incarceration so that Defendant can view the discovery material.

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: December 3, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 3, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
